# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VICTOR TAGLE,

          Plaintiff,

   v.

U.S. GOVERNMENT, *et al.,*

          Defendants.

CASE NO.: 3:17-CV-00257-RCJ-VPC

**ORDER**

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 22[1]) entered on September 27, 2017, recommending that the Court dismiss this action without prejudice. On October 5, 2017, Plaintiff filed his Objections to Report and Recommendation (ECF No. 24).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 22) entered on September 27, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that this action is DISMISSED without PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court close this case.

IT IS FURTHER ORDERED that Plaintiff's Motion for Recusal of Magistrate Judge (ECF No. 25) is DENIED as MOOT.

IT IS SO ORDERED this 27th day of October, 2017.

_____
ROBERT C. JONES

---

[1]Refers to court's docket number.